1  SCHIFF HARDIN LLP
   Robert B. Mullen (CSB 136346)
2  One Market, Spear Street Tower
   Thirty-Second Floor
3  San Francisco, CA 94105
   Telephone:    (415) 901-8700
4  Facsimile:    (415) 901-8701
   rmullen@schiffhardin.com
5

6  Attorneys for Defendant
   DAVID MORRIS INTERNATIONAL LTD.
7

8               UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 S. H. SILVER COMPANY, INC.,           Case No. CV 08-3550-EMC

12             Plaintiff,                **CERTIFICATE OF SERVICE OF NOTICE
                                         TO ADVERSE PARTY OF REMOVAL TO
13 v.                                    FEDERAL COURT**

14 DAVID MORRIS INTERNATIONAL
   LTD.,
15
               Defendant.
16

17      Susan Robinson certifies and declares as follows:

18      I am over the age of 18 years and not a party to this action.

19      My business address is One Market, Spear Street Tower, Thirty-Second Floor, San

20 Francisco, CA 94105, which is located in the city, county and state where the mailing described

21 below took place.

22      On July 24, 2008, I caused to be deposited in the United States Mail at San Francisco,

23 California, a copy of the following:

24      1.    Notice to Adverse Party of Removal to Federal Court.

25      2.    Notice of Removal of Action Under 28 U.S.C. § 1441(b) (Diversity);

26      3.    Order Setting Initial Case Management Conference and ADR Deadlines;

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4. Standing Order for Civil Practice in Cases Assigned for all Purposes to Magistrate Judge Edward M. Chen;

5. U.S. District Court Northern District of California pamphlet entitled "Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California;

6. Notice of Assignment of Case to a United States Magistrate Judge for Trial;

7. U.S. District Court Northern California ECF Registration Information Handout; and

8. U.S. District Court Filing Guidelines.

And addressed as follows:

Jonah D. Mitchell
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Tel.:   (415) 543-8700
Fax:   (415) 391-8269

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 24, 2008.

_____
Susan Robinson

SF\9190284.1

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. SECTION 1441(b)
(DIVERSITY)