1   Scott D. Baker (SBN 84923)
    Email:  sbaker@reedsmith.com
2   Jonah D. Mitchell (SBN 203511)
    Email:  jmitchell@reedsmith.com
3   REED SMITH LLP
    Two Embarcadero Center, Suite 2000
4   San Francisco, CA  94111-3922

5   **Mailing Address:**
    P.O. Box 7936
6   San Francisco, CA  94120-7936

7   Telephone:      +1 415 543 8700
    Facsimile:      +1 415 391 8269
8
    Attorneys for Plaintiff
9   S.H. Silver Company, Inc.

10

11              SUPERIOR COURT OF THE STATE OF CALIFORNIA

12                    FOR THE COUNTY OF SAN MATEO

13

14   S.H. SILVER COMPANY, INC.            No.: CIV 473796

15              Plaintiff,                **DECLINATION TO PROCEED BEFORE A
                                          MAGISTRATE JUDGE AND REQUEST
16         vs.                            FOR REASSIGNMENT TO A UNITED
                                          STATES DISTRICT JUDGE**
17   DAVID MORRIS INTERNATIONAL LTD.,

18              Defendant.

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-referenced civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED this the 28th day of July, 2008.

/s/ Jonah D. Mitchell
Jonah D. Mitchell

REED SMITH LLP
Attorneys for Plaintiff S.H. Silver Company, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: CIV 473796                          – 1 –                          DOCSSFO-12522639.1-JMITCHELL

DECLARATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE