Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
Jonah D. Mitchell (SBN 203511)
Email: jmitchell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  +1 415 543 8700
Facsimile:  +1 415 391 8269

Attorneys for Plaintiff
S.H. Silver Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.H. SILVER COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAVID MORRIS INTERNATIONAL LTD., <br><br> Defendant. | Case No. CV 08-03550 CRB <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF S.H. SILVER COMPANY, INC.'S APPLICATION FOR ISSUANCE OF RIGHT TO ATTACH ORDER AND WRIT OF ATTACHMENT** <br><br> Date:  September 5, 2008 <br> Time:  10:00 a.m. <br> Place: Courtroom 8 <br><br> Honorable Charles R. Breyer |

On September 5, 2008, at 10:00 a.m. in this Court, Plaintiff S.H. Silver Company, Inc.'s Application for Issuance of Writ of Attachment and Right to Attach Order came on regularly for hearing. The parties appeared through their respective counsel of record. Based on the papers filed by the parties, oral argument and the record in this action, the Court finds as follows:

1. The claim upon which the application is based is one upon which an attachment may be issued.

2. Plaintiff has established the probably validity of the claim upon which the attachment is based.

3. The attachment is not sought for a purpose other than the recovery on a claim upon which the attachment is based.

4. The amount sought to be secured by the attachment is greater than zero.

Accordingly, it is hereby ordered that Plaintiff has the right to attach property of Defendant David Morris International Ltd. in the amount of $_____. A writ of attachment is hereby issued in the amount of $_____ for any property of Defendant David Morris for which a method of levy is provided.

**IT IS SO ORDERED.**

DATED: August ____, 2008.

_____
Charles R. Breyer
UNITED STATES DISTRICT JUDGE