IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.H. SILVER COMPANY INC, | No. C 08-03550 CRB |
|     Plaintiff, | **Clerk's Notice** |
| v. | |
| DAVID MORRIS INTERNATIONAL, | |
|     Defendant.                          / | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, October 31, 2008 at 8;30 a.m. before the Honorable Charles R. Breyer. The initial case management conference scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 4, 2008                                                      FOR THE COURT,

Richard W. Wieking, Clerk
By: _____
    Barbara Espinoza
    Courtroom Deputy