Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
Jonah D. Mitchell (SBN 203511)
Email: jmitchell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Plaintiff
S.H. Silver Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.H. SILVER COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAVID MORRIS INTERNATIONAL LTD., <br><br> Defendant. | Case No. CV 08-03550 CRB <br><br> **[PROPOSED] ORDER DENYING DEFENDANT DAVID MORRIS INTERNATIONAL, LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IN THE ALTERNATIVE PURSUANT TO THE DOCTRINE OF *FORUM NON CONVENIENS*** <br><br> Date:   September 5, 2008 <br> Time:   10:00 a.m. <br> Place:  Courtroom 8 <br><br> Honorable Charles R. Breyer |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

On September 5, 2008, at 10:00 a.m. in this Court, Defendant David Morris International, Ltd.'s ("Defendant") Motion to Dismiss came on regularly for hearing. The parties appeared through their respective counsel of record. Based on the papers filed by the parties, oral argument and the record in this action, the Court finds that it has personal jurisdiction over Defendant and that dismissal under the doctrine of forum non conveniens is inappropriate.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss is DENIED.

**IT IS SO ORDERED**

DATED: _____, 2008

_____
Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE