IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.H. SILVER COMPANY INC, | No. C 08-03550 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DAVID MORRIS INTERNATIONAL, | |
| Defendant. | |

The Court having granted Defendant's motion to dismiss, judgment is entered against Plaintiff S.H. Silver Co. and in favor of Defendant David Morris International.

**IT IS SO ORDERED.**

Dated: August 28, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\3550\Judgment.wpd